IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE:<br><br>ANNIE LAURIE DIMARTINI | CASE NO. 08-15937<br>CHAPTER 11<br>JUDGE LINDA B. RIEGLE |

### REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by Countrywide Home Loans Servicing, L.P., to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter.  Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ John D. Schlotter
_____
John D. Schlotter, Esq. Georgia Bar No. 629456
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/866-761-0279 Fax

*Authorized Agent for Countrywide Home Loans Servicing, L.P.*

File Number CHL-09-21746 /
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE:<br><br>ANNIE LAURIE DIMARTINI | CASE NO. 08-15937<br>CHAPTER 11<br>JUDGE LINDA B. RIEGLE |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by First Class Mail, postage pre-paid, upon the following parties in interest on the 23rd day of January, 2009.

Debtor's Attorney

Christopher Patrick Burke, Esq.
218 South Maryland Parkway
Las Vegas, NV  89101

Chapter 11 Trustee

NEED TRUSTEE

        Respectfully submitted,
        McCALLA RAYMER, LLC

        /s/ John D. Schlotter
        _____
        John D. Schlotter, Esq. Georgia Bar No. 629456
        1544 Old Alabama Road
        Roswell, Georgia  30076-2102
        770-643-7200/866-761-0279 Fax